UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ADRIAN MARTINEZ, on behalf of himself, FLSA Collective Plaintiffs and the Class Members,<br><br>Plaintiff,<br>v.<br><br>HOLIDAY FARMS<br><br>Defendant. | Case No. 18-cv-5979<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Jose Adrian Martinez and his respective counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant Holiday Farms.

Dated: Melville, New York
       January 24, 2019

_____
Nadia M. Pervez
PERVEZ & REHMAN, P.C.
68 South Service Road, Suite 100
Melville, NY 11747
(631) 427-0700
*Attorneys for Plaintiff*

So Ordered: _____
            Hon. Sandra J. Feuerstein (U.S.D.J.)

1