FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 3 1 2019 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSE ADRIAN MARTINEZ, on behalf of himself, FLSA Collective Plaintiffs and the Class Members,

Plaintiff,

v.

HOLIDAY FARMS

Defendant.

Case No. 18-cv-5979

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Jose Adrian Martinez and his respective counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant Holiday Farms.

Dated: Melville, New York
January 24, 2019

Nadia M. Pervez
PERVEZ & REHMAN, P.C.
68 South Service Road, Suite 100
Melville, NY 11747
(631) 427-0700
*Attorneys for Plaintiff*

The Clerk of the Court shall close this case.

1/31/19
So Ordered: s/ Sandra J. Feuerstein
Hon. Sandra J. Feuerstein (U.S.D.J.)

1